UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TD BANK, N.A.,

        Plaintiff,

v.                                    Case No: 6:13-cv-985-Orl-18GJK

FED AUDAIN, WENDY S. PERROTT,
HEALTHY CHOICE OBSTETRICS AND
GYNECOLOGY, P.A.,

        Defendants.

_____

## ORDER

A review of the court file in this matter reveals that a complaint was filed in this case on June 27, 2013. This cause of action arose in Lake County, Florida which is in the Ocala Division of the Middle District of Florida.

Accordingly, it is **ORDERED** that the Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this ___1___ day of July, 2013.

                                                  G. KENDALL SHARP
                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties