# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 6:13-CV-985-ORL-18-GJK

Plaintiff:
**TD BANK, N.A., AS SUCCESSOR IN INTEREST TO CENTERSTATE BANK OF FLORIDA, N.A., AS SUCCESSOR IN INTEREST TO TD BANK, N.A., AS SUCCESSOR BY MERGER TO CAROLINA FIRST BANK, AS SUCCESSOR BY MERGER TO**

vs.

Defendant:
**FED AUDAIN, AS TRUSTEE FOR THE AUDAIN PERROTT FAMILY**

For:
Eric Golden
BURR & FORMAN, LLP
200 S. Orange Avenue
Suite 800
Orlando, FL  32801

Received by ANDREWS AGENCY on the 2nd day of July, 2013 at 2:48 pm to be served on **WENDY S. PERROTT, 1914 SALTSDALE ROAD, UMATILLA, FL 32784.**

I, DEVIN ANDREWS, being duly sworn, depose and say that on the **8th day of July, 2013** at **4:00 pm, I:**

**SUBSTITUTE SERVICE NOT AT RESIDENCE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER TRANSFERRING CASE TO OCALA DIVISION, COMPLAINT FOR MONETARY JUDGMENT, EXHIBITS** on **FED AUDAIN**, the spouse of the person to be served at any place in the county, if the cause of action is not an adversary proceeding between the spouse and the person to be served, if the spouse requests such service, and if the spouse and person to be served are residing together in the same dwelling, pursuant to Florida Statute, Section 48.031 (2) (a).

**Additional Information pertaining to this Service:**
FIRST ADDRESS PROVIDED DID NOT EXIST.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 10th day of July, 2013 by the affiant who is personally known to me

NOTARY PUBLIC

DEVIN ANDREWS
C.P.S. 5TH ID#091312-24

ANDREWS AGENCY
709 Brookhaven Drive
Orlando, FL 32803
(407) 649-2085

Our Job Serial Number: AAM-2013016057

Service Fee: $90.00

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i