IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:13-cv-00316-Oc-22PRL

TD BANK, N.A., as successor in interest to Centerstate Bank of Florida, N.A., as successor in interest to TD Bank, N.A., as successor by merger to Carolina First Bank, as successor by merger to Mercantile Bank,

    Plaintiff,

v.

FED AUDAIN, as Trustee for THE AUDAIN PERROTT FAMILY TRUST, WENDY S. PERROTT, as Trustee for THE AUDAIN PERROTT FAMILY TRUST, FED AUDAIN, an individual, WENDY S. PERROTT, an individual, and HEALTHY CHOICE OBSTETRICS AND GYNECOLOGY, P.A.,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS     related to or pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

XX IS NOT     related to or pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

## CERTIFICATE OF SERVICE

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon the following parties: Eric Golden, Esquire at egolden@burr.com; jmorgan@burr.com; and mnardella@burr.com; on this 28th day of August, 2013.

POTTER CLEMENT BERGHOLTZ ALEXANDER

/s/ Richard S. Bergholtz
Richard S. Bergholtz, Esquire
Florida Bar No.: 0493953
Primary: pleadings@bergholtzlaw.com
Secondary: rsb@bergholtzlaw.com
308 East Fifth Avenue
Mount Dora, FL 32757
Phone: 352-383-4186
Facsimile: 352-383-0087
*Attorneys for Defendants*