**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**TD BANK, N.A.,** as successor in interest
to Centerstate Bank of Florida, N.A.,
as successor in interest to TD Bank, N.A.,
as successor by merger to Carolina First
Bank, as successor by merger to
Mercantile Bank,

  Plaintiff,

v.                                                                                  CASE NO:  5:13-cv-316-ACC-PRL

**FED AUDAIN,** as trustee for **THE AUDAIN PERROTT FAMILY TRUST, WENDY S. PERROTT,** as trustee for **THE AUDAIN PERROTT FAMILY TRUST, FED AUDAIN,** an individual, **WENDY S. PERROTT,** an individual, and **HEALTHY CHOICE OBSTETRICS AND GYNECOLOGY, P.A.,** a Florida professional association,

  Defendants.
_____/

**NOTICE OF MEDIATION**

  Plaintiff, TD Bank, N.A., by and through its undersigned attorneys and pursuant to this Court's Case Management and Scheduling Order (Doc No. 23), hereby provides notice that mediation will be conducted on November 21, 2013 at 1:00 p.m., and that the mediator will be Mark S. Walker with Mediate First, Inc.

2336610 v2

Respectfully Submitted,

*/s/ Michael A. Nardella*
Eric S. Golden, Esq.
Florida Bar No. 0146846
Primary Email: egolden@burr.com
Secondary Email: jmorgan@burr.com
Michael A. Nardella, Esq.
Florida Bar No. 51265
Primary Email: mnardella@burr.com
**BURR & FORMAN, LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the above-captioned Court using CM/ECF on this 4th day of October, 2013. As such, the foregoing was served electronically upon all counsel of record on October 4, 2013; Mediator, Mark Walker, was served electronically on October 4, 2013.

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.