IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:13-cv-316-Oc-22PRL

TD BANK, N.A.,

    Plaintiff,

v.

FED AUDAIN, as trustee for THE AUDAIN PERROTT FAMILY TRUST, WENDY S. PERROTT, as trustee for THE AUDAIN PERROTT FAMILY TRUST, FED AUDAIN, an individual, WENDY S. PERROTT, an individual, and HEALTHY CHOICE OBSTETRICS AND GYNECOLOGY, P.A.,

    Defendants.
_____/

## DEFENDANTS INITIAL DISCLOSURES UNDER RULE 26(a)(1) FEDERAL RULES OF CIVIL PROCEDURE

Defendants, FED AUDAIN, as trustee for THE AUDAIN PERROTT FAMILY TRUST, WENDY S. PERROTT, as trustee for THE AUDAIN PERROTT FAMILY TRUST, FED AUDAIN, an individual, WENDY S. PERROTT, an individual, and HEALTHY CHOICE OBSTETRICS AND GYNECOLOGY, P.A., [hereinafter collectively "DEFENDANTS"] by and through their undersigned attorney, file this their Initial Disclosures under Rule 26(a)(1), Federal Rules of Civil Procedures and herewith states as follows:

Initial Disclosures:

A.    Name, Address and telephone number of individuals likely to have discoverable information:

    Fed Audain
    400 West Woodward Avenue
    Eustis, FL 32726

352-483-3730

Wendy S. Perrott
400 West Woodward Avenue
Eustis, FL 32726
352-483-3730

Charles Flint, Vice-President of TD Bank, N.A.
c/o Eric Golden, Esquire
Burr & Forman LLP
200 S. Orange Avenue, Ste. 800
Orlando, FL 32801

Any individual identified by any other party.

Defendants may have more than one expert to testify on the subject matter.

B.  Description by category and location of all documents in possession, custody, or control of the Defendants the they may use to support their claims or defenses:

1. Any and all loan documents.

2. Any promissory note connected or related to the subject loan.

3. Any and all mortgages related or connected to the promissory note or notes and subject loan.

4. Any and all documents attached to plaintiffs complaint including but not limited to the subject loan.

5. Any and all documents listed in Plaintiff's initial disclosure.

6. Any further documents that discovery reveals.

C.  Computation of any category of damages claimed by disclosing party.

None. Other than any setoffs set off as alleged in any affirmative defense to Plaintiff's claim.

D.  Any insurance agreement under which any person carrying on insurance business may be liable to satisfy part or all of the judgment:

None.

Defendants reserve the right to amend, modify, and/or supplement the information contained herein.

Respectfully submitted on this __3rd__ day of October, 2013.

        POTTER CLEMENT BERGHOLTZ ALEXANDER

        /s/ Richard S. Bergholtz
        Richard S. Bergholtz, Esquire
        Florida Bar No.: 0493953
        Primary: pleadings@bergholtzlaw.com
        Secondary: rsb@bergholtzlaw.com
        308 East Fifth Avenue
        Mount Dora, FL 32757
        Phone: 352-383-4186
        Facsimile: 352-383-0087
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2013, a true and correct copy of the foregoing was served by electronic filing with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to all counsel of record on the service list below.

| | |
|---|---|
| **Eric S. Golden, Esquire** | **Richard S. Bergholtz, Esquire** |
| BURR & FORMAN LLP | POTTER CLEMENT BERGHOLTZ ALEXANDER |
| Email: egolden@burr.com | Service: pleadings@bergholtzlaw.com |
| Secondary: jmorgan@burr.com | Secondary: rsb@bergholtzlaw.com |
| Florida Bar No.: 146846 | Florida Bar No.: 0493953 |
| 200 S. Orange Avenue, Ste. 800 | 308 E. Fifth Avenue |
| Orlando, FL 32801 | Mount Dora, FL 32757 |
| Telephone: 407-540-6600 | Telephone: 352-383-4186 |
| Facsimile: 407-540-6601 | Facsimile: 352-383-0087 |
| ***Counsel for Plaintiffs*** | ***Counsel for Defendants*** |