UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TD BANK, N.A., as successor in interest
to Centerstate Bank of Florida, N.A., as
successor in interest to TD Bank, N.A., as
successor by merger to Carolina First
Bank, as successor by merger to
Mercantile Bank

  Plaintiff,

v.                 Case No: 5:13-cv-316-Oc-22PRL

FED AUDAIN, WENDY S. PERROTT
and HEALTHY CHOICE OBSTETRICS
AND GYNECOLOGY, P.A.

  Defendants.

## ORDER

This case came before the Court for consideration of Plaintiff's Motion for Post-Judgment Discovery in Execution of the Judgment (Doc. 35).   Plaintiff initiated this action on June 27, 2013, alleging claims for breach of contract regarding a mortgage note and guaranty loan documents. On December 18, 2013, the parties filed a Joint Stipulation for Final Judgment (Doc. 32), and judgment against all Defendants in the amount of $772,708.16 was entered accordingly on December 19, 2014 (Doc. 34).   Both Plaintiff and Defendants are represented by counsel.

Plaintiff now moves for the court to compel the Defendants to complete Form 1.977 Fact Information Sheet, under the Florida Rules of Civil Procedure, and for discovery in an attempt to discover any assets that Defendants may have that could satisfy the judgment, or any assets that the Defendants may have recently transferred.

- 2 -

The Court notes, however, that Plaintiff's motion lacks the required certification under Local Rule 3.01(g), which requires a movant to confer with the opposing party in a good faith effort to resolve the issues raised by the motion. Accordingly, Plaintiff's Motion for Post-Judgment Discovery (Doc. 35) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Ocala, Florida on April 9, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties