**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

TD BANK, N.A., as successor in interest
to Centerstate Bank of Florida, N.A., as
successor in interest to TD Bank, N.A., as
successor by merger to Carolina First
Bank, as successor by merger to
Mercantile Bank

    Plaintiff,

v.    Case No: 5:13-cv-316-Oc-22PRL

FED AUDAIN, WENDY S. PERROTT
and HEALTHY CHOICE OBSTETRICS
AND GYNECOLOGY, P.A.

    Defendants.

## ORDER

This case comes before the Court for consideration of Plaintiff's Renewed Motion for Post-Judgment Discovery in Aid of Execution (Doc. 37). Plaintiff's prior motion was denied without prejudice for failure to comply with Local Rule 3.01(g). (Doc. 36).

On December 19, 2013, judgment was entered in this case in favor of Plaintiff and against all Defendants, providing that TD Bank, N.A. and Plaintiff shall recover from Defendants, Fed Audain, as trustee for the Audain Perrott Family Trust, Wendy S. Perrott, as trustee for The Audain Perrott Family Trust, Fed Audain, an individual, Wendy S. Perrott, an individual, and Healthy Choice Obstetrics and Gynecology, P.A. the total amount of $772,708.16. (Doc. 34). Plaintiff asserts that, to date, the judgment remains unsatisfied. Plaintiff seeks post-judgment discovery to aid in the satisfaction of the judgment. Plaintiff's motion recites that the parties have agreed that Defendants shall complete Form 1.977 Fact Information Sheet (Florida Rules of Civil Procedure).

Federal Rule of Civil Procedure 69(a)(2) provides for obtaining discovery in the aid of judgment or execution "as provided in these rules or by the procedure of the state where the court is located." Under Florida Rule of Civil Procedure 1.560, regarding Discovery in Aid of Execution, "the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court."

Accordingly, upon due consideration, Plaintiff's motion (Doc. 37) is **GRANTED**, and each Defendant shall complete a separate Form 1.977 Fact Information Sheet and deliver the forms to Plaintiff within forty-five (45) days of the date of this Order. When compliance with this Order is completed, Defendants shall file a written notice of compliance with the Clerk.

**DONE** and **ORDERED** in Ocala, Florida on May 8, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties